MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE Y. HOOPER, an individual TIMOTHY W. HOOPER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC doing business as MR. COOPER, a foreign limited-liabilty company; EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company,<br><br>Defendants. | Case No.: 2:17-cv-03089-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Defendant Nationstar Mortgage LLC (**Nationstar**) and Michelle Y. Hooper and Timothy W. Hooper (the **Hoopers**) (collectively **parties**) stipulate and agree as follows:

The parties hereby stipulate and agree Nationstar's time to respond to the Hoopers' complaint (ECF No. 1) filed on December 20, 2017 shall be continued from January 16, 2018 to February 15, 2018.

This is the first request for an extension of this deadline. Nationstar requests the additional time to afford it the opportunity to adequately respond to the Hoopers' complaint.

1

43801595;1

The parties submit this request in good faith without the purpose of undue delay.

DATED this 11th day of January, 2018.

| **AKERMAN LLP** | **LAW OFFICE OF KEVIN L. HERNANDEZ** |
|---|---|
| */s/ Thera A. Cooper* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> THERA A. COOPER, ESQ. <br> Nevada Bar No. 13468 <br> 1635 Village Center Circle, Ste. 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Defendant* <br> *Nationstar Mortgage LLC* | */s/ Kevin L. Hernandez* <br> KEVIN L. HERNANDEZ, ESQ. <br> Nevada Bar No. 12594 <br> 2510 Wigwam Parkway, Suite 206 <br> Henderson, Nevada 89074 <br><br> *Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED:

_____
**UNITED STATES MAGISTRATE JUDGE**

_ January 17, 2018        _____
**DATED**

2

43801595;1