**JASON G. REVZIN**
Jason.Revzin@lewisbrisbois.com
Nevada Bar No. 008629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
(702) 893-3789 Fax
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE Y. HOOPER, TIMOTHY W. HOOPER,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, EQUIFAX, INC., EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC ,<br><br>Defendants. | Case No. 2:17-cv-03089-JAD-PAL<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiffs Michelle Y. Hooper and Timothy W. Hooper ("Plaintiffs") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiffs' Complaint.

On December 20, 2017, Plaintiffs filed their Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiffs' Complaint is January 16, 2018. Trans Union needs additional time to investigate Plaintiffs' claims and respond to the allegations and details in Plaintiffs' Complaint.

Plaintiffs have agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiffs' Complaint up to and including February 15, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiffs' Complaint. The time within which Trans Union must respond to the Complaint has not yet expired.

WHEREFORE, Defendant Trans Union respectfully requests this Court to enter an Order granting this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiffs' Complaint and extend the deadline for Trans Union to file its responsive pleading to Plaintiffs' Complaint, up to and including February 15, 2018.

DATED: January 11th, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

**/s/ Jason G. Revzin**
Jason G. Revzin
Jason.revzin@lewisbrisbois.com
Nevada Bar No. 008629
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
(702) 893-3383
(702) 893-3789 Fax
***Counsel for Trans Union LLC***

**/s/ Kevin L. Hernandez**
Kevin L. Hernandez
kevin@kevinhernandezlaw.com
Nevada Bar No. 12594
Law Office of Kevin L. Hernandez
2510 Wigwam Parkway, Suite 206
Henderson, NV 89074
(702) 563-4450
(702) 552-0408 Fax
***Counsel for Plaintiff***

**ORDER**

IT IS SO ORDERED:

DATED: January 17, 2018

**HONORABLE PEGGY A. LEEN**
**UNITED STATES MAGISTRATE JUDGE**