MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE Y. HOOPER, an individual TIMOTHY W. HOOPER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC doing business as MR. COOPER, a foreign limited-liabilty company; EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company,<br><br>Defendants. | Case No.: 2:17-cv-03089-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

Defendant Nationstar Mortgage, LLC d/b/a Mr. Cooper (**Nationstar**) and plaintiffs Michelle Y. Hooper and Timothy W. Hooper (the **Hoopers**) (collectively **parties**) stipulate and agree as follows:

The parties hereby stipulate and agree Nationstar's time to respond to the Hoopers' complaint (ECF No. 1) filed on December 20, 2017 shall be continued from February 15, 2018 to March 8, 2018.

This is the second request for an extension of this deadline. Nationstar and the Hoopers request the additional time as the parties are in developed settlement discussions that are likely to bring the case to a final resolution. Nationstar requested additional documents from the Hoopers, which the

1

Hoopers recently presented to Nationstar for review and evaluation. The parties anticipate they will be able to fully resolve the litigation through settlement.

The parties submit this request in good faith without the purpose of undue delay.

DATED this 14th day of February, 2018.

| **AKERMAN LLP** | **LAW OFFICE OF KEVIN L. HERNANDEZ** |
|---|---|
| */s/ Thera A. Cooper* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> THERA A. COOPER, ESQ. <br> Nevada Bar No. 13468 <br> 1635 Village Center Circle, Ste. 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Defendant* <br> *Nationstar Mortgage LLC* | */s/ Kevin L. Hernandez* <br> KEVIN L. HERNANDEZ, ESQ. <br> Nevada Bar No. 12594 <br> 2510 Wigwam Parkway, Suite 206 <br> Henderson, Nevada 89074 <br><br> *Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED:

_____
**UNITED STATES MAGISTRATE JUDGE**

February 23, 2018
**DATED**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of February, 2018, service of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

*/s/ Rachel Myrick*
An employee of AKERMAN LLP