Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE Y. HOOPER, an individual; TIMOTHY W. HOOPER, an individual; <br><br> Plaintiffs, <br><br> v. <br><br> NATIONSTAR MORTGAGE, LLC doing business as MR. COOPER, a foreign limited-liability company; EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; <br><br> Defendants. | Case No.: 2:17-cv-03089-JAD-PAL <br><br> **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER** |

Plaintiffs, Michelle Y. Hooper and Timothy W. Hooper ("Plaintiffs"), and Defendant, Nationstar Mortgage, LLC doing business as Mr. Cooper ("Nationstar") have reached an agreement in principle to resolve this action as to Nationstar only. While Plaintiffs and Nationstar agree to the monetary settlement terms, there remain non-monetary aspects of the settlement which must be resolved. Should the parties fail to resolve these non-monetary terms, the agreement in principle to settle this case will be null and void. Assuming all terms are agreeable, Plaintiffs and Nationstar anticipate that settlement documents will be finalized within the next sixty (60) days.

///

///

///

///

Law Office of Kevin L. Hernandez
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
(702) 563-4450 FAX: (702) 552-0408

Therefore, Plaintiffs and Nationstar request that the Court set a deadline sixty (60) days from today for either dismissing this action between Plaintiffs and Nationstar with prejudice or filing a joint status report regarding settlement.

Dated: March 8, 2018

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

Dated: March 8, 2018

**AKERMAN LLP**

*/s/ Thera A. Cooper*
Melanie D. Morgan, Esq.
Nevada Bar No. 8215
Thera A. Cooper, Esq.
Nevada Bar No. 13468
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
thera.cooper@akerman.com
melanie.morgan@akerman.com
*Attorneys for Defendant Nationstar Mortgage*

**IT IS ORDERED** that plaintiff shall have until **May 7, 2018**, to either file a notice of voluntary dismissal as to Nationstar Mortgage, LLC, or to file a status report advising when the notice of voluntary dismissal will be filed.

Dated: March 9, 2018

Peggy A. Leen
United States Magistrate Judge

Page 2 of 3

Law Office of Kevin L. Hernandez
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
(702) 563-4450 FAX: (702) 552-0408

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER** was electronically served to the following parties:

Thera Cooper, Esq.
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
thera.cooper@akerman.com
*Attorneys for Defendant Nationstar Mortgage, LLC*

Jennifer L. Braster, Esq.
Andrew J. Sharples, Esq.
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
asharples@naylorandbrasterlaw.com
*Attorneys for Defendant Experian
Information Solutions, Inc.*

Jason G. Revzin, Esq.
**LEWIS BRISBOIS BISGAARD
& SMITH LLP**
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
jason.revzin@lewisbrisbois.com
*Attorneys for Defendant Trans Union LLC*

Dated: March 8, 2018

*/s/ Caesy Morales*_____.
An Employee of the Law Office of Kevin L. Hernandez