Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE Y. HOOPER, an individual; TIMOTHY W. HOOPER, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC doing business as MR. COOPER, a foreign limited-liability company; EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:17-cv-03089-JAD-PAL<br><br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT NATIONSTAR MORTGAGE, LLC** |

In accordance with Plaintiffs and Nationstar Mortgage, LLC's ("Nationstar") (collectively referred to as the "Parties") March 8, 2018 Notice of Settlement [ECF No. 21] and the Court's March 9, 2018 Minute Order [ECF No. 22], the Parties provide the following status report regarding settlement:

Since reaching an agreement in principle on April 25, 2018 to resolve Plaintiffs' claims, the Parties have worked to prepare language sufficient to address the non-monetary terms of the settlement. Nationstar is in the process of preparing a draft settlement agreement and release for Plaintiffs' review. The Parties anticipate filing dismissal documents as soon as Plaintiffs review and execute the settlement agreement and receive the settlement funds from Nationstar.

///

///

Therefore, the Parties respectfully request an additional thirty [30] days to allow for the review and execution of the settlement agreement and release, and receipt of the settlement funds from Nationstar, and for the Parties to prepare and file dismissal documents.

Dated: May 8, 2018                                    Dated: May 8, 2018

**LAW OFFICE OF**
**KEVIN L. HERNANDEZ**                          **AKERMAN LLP**

*/s/ Kevin L. Hernandez*                           */s/ Thera A. Cooper* ._____
Kevin L. Hernandez, Esq.                          Melanie D. Morgan, Esq.
Nevada Bar No. 12594                              Nevada Bar No. 8215
2510 Wigwam Parkway, Suite 206              Thera A. Cooepr, Esq.
Henderson, Nevada 89074                         Nevada Bar No. 13468
kevin@kevinhernandezlaw.com              1635 Village Center Circle, Suite 200
*Attorney for Plaintiffs*                              Las Vegas, Nevada 89134
                                                                thera.cooper@akerman.com
                                                                melanie.morgan@akerman.com
                                                                *Attorneys for Defendant Nationstar Mortgage,*
                                                                *LLC*

   **IT IS ORDERED** that the settling parties shall have an additional 30 days or until
**June 7, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report
advising when the stipulation to dismiss will be filed.

   Dated: May 14, 2018

                                                                Peggy A. Leen
                                                                United States Magistrate Judge

Law Office of Kevin L. Hernandez

2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
(702) 563-4450 FAX: (702) 552-0408

1              **<u>CERTIFICATE OF SERVICE</u>**

2       The undersigned certifies that the preceding **JOINT STATUS REPORT REGARDING**

3 **SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT NATIONSTAR**

4 **MORTGAGE, LLC** was electronically served to the following parties:

5 Thera Cooper, Esq.

6 **AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

7 thera.cooper@akerman.com
*Attorneys for Defendant Nationstar Mortgage, LLC*

8

9 Jennifer L. Braster, Esq.
Andrew J. Sharples, Esq.

10 **NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145

11 jbraster@naylorandbrasterlaw.com
asharples@naylorandbrasterlaw.com

12 *Attorneys for Defendant Experian
Information Solutions, Inc.*

13

14 Jason G. Revzin, Esq.
**LEWIS BRISBOIS BISGAARD**

15 **& SMITH LLP**
6385 South Rainbow Boulevard, Suite 600

16 Las Vegas, Nevada 89118
jason.revzin@lewisbrisbois.com

17 *Attorneys for Defendant Trans Union LLC*

18       Dated: May 8, 2018

19                                        */s/ Caesy Morales*        .

20                                          An Employee of the Law Office of Kevin L.
Hernandez

21

22

23

24

25

26

27

28